UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  2:23-cv-01741-JLS-PVC                                                         Date:  August 17, 2023

Title:  Romina Causi v. The Wrap News, Inc.

Present: **Honorable JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| Gabby Garcia | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:   ATTORNEYS PRESENT FOR DEFENDANT:

Not Present                                                                              Not Present

**PROCEEDINGS:  (IN CHAMBERS)  ORDER TO SHOW CAUSE RE LACK OF PROSECUTION**

    On July 26, 2023, the Court denied Plaintiff's Motion for Default Judgment without prejudice to the filing of an amended complaint, stating that "[a]ny amended complaint must be filed within fourteen days of the issuance of this Order."  (Doc. 19.)  This deadline has passed, and Plaintiff has not filed an amended complaint.

    Accordingly, Plaintiff is ORDERED to show cause why this action should not be dismissed for lack of prosecution within **five days** of the date of this Order.  Alternatively, the filing of an amended complaint will be sufficient to discharge this Order to Show Cause.  Failure to timely respond will result in dismissal of this action and closing of the case without further notice.

    .

Initials of Preparer:  gga