JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | |
|---|---|
| Case No. 2:23-cv-01741-JLS-PVC | Date: August 24, 2023 |
| Title:  Romina Causi v. The Wrap News, Inc. | |

Present: **HONORABLE JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| Gabby Garcia | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**PROCEEDINGS:  (IN CHAMBERS) ORDER DISMISSING ACTION**

     On August 17, 2023, the Court issued an Order to Show Cause re Lack of Prosecution, ordering Plaintiff to respond within five days and noting that "[f]ailure to timely respond will respond in dismissal of this action and closing of the case without further notice." (Doc. 21.)  Plaintiff has not responded.  Accordingly, this action is DISMISSED WITHOUT PREJUDICE, and the action is administratively closed.

                                                        Initials of Deputy Clerk:  gga